# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission, <br><br>　　　　　　Plaintiff <br><br>　　v. <br><br>Mariscos El Puerto, Inc.; La Catrina, LLC; et al.; <br><br>　　　　　　Defendants | Case No.: 2:23-cv-01309-JCM-NJK |
| U.S. Equal Employment Opportunity Commission, <br><br>　　　　　　Plaintiff <br><br>　　v. <br><br>Mariscos El Puerto, Inc.; La Catrina, LLC; et al.; <br><br>　　　　　　Defendants | Case No.: 2:23-cv-01310-CDS-BNW |

　　　Plaintiff EEOC filed Title VII claims against defendants Mariscos El Puerto, Inc. and La Catrina, LLC in two actions. The two actions involve the same parties and the same—or similar—primary claims. Plaintiff is represented by the same counsel in both cases. (ECF No. 5, at 3). Plaintiff filed a notice of related cases, alerting the court to the significant overlap in these matters. (ECF No. 5).

　　　Local Rule 42-1(a) provides that "[i]f a notice of related cases is filed, the assigned judges will determine whether the actions will be assigned to a single district judge or magistrate judge." The court finds that the related actions involve substantially similar questions of fact and law, their assignment to the same district and magistrate judge is likely to affect a substantial

savings of judicial effort, and that it would entail substantial duplication of labor if the actions continued to be heard by different district and magistrate judges.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Case Number 2:23-cv-01310-CDS-BNW be TRANSFERRED to Senior District Judge James C. Mahan and Magistrate Judge Nancy J. Koppe for all further proceedings.

The clerk is ORDERED to TRANSFER AND REASSIGN Case No.: 2:23-cv-01310-CDS-BNW to Senior District Judge James C. Mahan and Magistrate Judge Nancy J. Koppe for all further proceedings, and all future filings therein shall bear the case number "2:23-cv-01310-JCM-NJK."

DATED October 23, 2023

_____
U.S. District Judge James C. Mahan

_____
U.S. District Judge Cristina D. Silva