Anna Y. Park, CA SBN 164242
Nakkisa Akhavan, CA SBN 286260
Taylor Markey, CA SBN 319557
Lorena Garcia-Bautista, CA SBN 234091
Dayana R. Pelayo, CA SBN 308705
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Oscar Peralta, NV SBN 13559
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101
Telephone: (702) 553-4457
E-mail: oscar.peralta@eeoc.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARISCOS EL PUERTO, INC., LA CATRINA, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01309-JCM-NJK<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, DEFENDANT, AND ALL ATTORNEYS OF RECORD:**

Service of summons and complaint was made on Defendants Mariscos El Puerto, Inc. and La Catrina, LLC on October 23, 2023.

Pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, the U.S. Equal Employment Opportunity Commission hereby files the Proofs of Service (Exhibit 1, Executed Proof of Service regarding Mariscos El Puerto, Inc.; Exhibit 2, Executed Proof of Service regarding La Catrina, LLC).

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: November 8, 2023          By:     /s/ *Lorena Garcia-Bautista*
                                         Lorena Garcia-Bautista
                                         Counsel for Plaintiff