ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JOSHUA D. JUDD, ESQ.
Nevada Bar No. 14890
JAYME N. MARTINEZ, ESQ.
Nevada Bar No. 15802
**SGRO & ROGER**
2901 El Camino Avenue, Ste. 204
Las Vegas, NV 89102
Telephone: (702)-384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
jjudd@sgroandroger.com
jmartinez@sgroandroger.com

*Attorneys for Defendants Mariscos El Puerto, Inc. and La Catrina, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARISCOS EL PUERTO, INC.; LA CATRINA, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01309-JCM-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br><br>(SECOND REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by MARISCOS EL PUERTO, INC. and LA CATRINA, LLC (collectively, "Defendants"), by and through their counsel of record, JOSHUA D. JUDD, ESQ., and U.S. EQUAL OPPORTUNITY COMMISSION ("EEOC"), by and through its counsel of record, LORENA GARCIA, ESQ., to extend the deadline for Defendants to file a responsive pleading until January 12, 2024.

/ / /

/ / /

This Stipulation to Extend Deadline for Responsive Pleading is based upon the following:

1. The above-captioned Action was filed on August 24, 2023 [ECF No.1];

2. On November 14, 2023, the Parties entered into a Stipulation to Extend Time for Responsive Pleading (First Request) [ECF No.12];

3. On November 15, the Court entered its Order Granting the Parties' Stipulation [ECF No. 13].

4. The current deadline for filing a Responsive Pleading in the instant case is December 13, 2023;

5. On December 5, 2023, Counsel for Plaintiff EEOC sent an email to counsels for Defendants, confirming permission to contact the Court to clarify as to whether the parties need to appear for the Early Neutral Evaluation ("ENE") Program before Magistrate Judge Daniel J. Albregts for the two cases since the previous court issued an order for the parties to participate in the ENE Program with respect to Related Case 2:23-cv-01310 ( *see* [ECF No.3]) but no such order exists with respect to Case No. 2:23-cv-01309;

6. On December 6, 2023, Counsel for Defendants responded to all counsels that Defendants would be amenable to the ENE Program, and disclosed that he had been involved in an automobile accident that affected his availability and was therefore requesting to extend the current pleading deadline by thirty (30) days;

7. A thirty (30) day extension to the current pleading deadline would result in a new deadline of January 12, 2024.

8. Defendants, and each of them, consent to undersigned counsel seeking an extension of time to file a responsive pleading;

9. EEOC has no objection to the extension of time;

/ / /

/ / /

/ / /

/ / /

/ / /

10. This is the second stipulation to extend time for Defendants to file a responsive pleading. The additional time requested herein (to January 12, 2024) is not sought for the purposes of delay.

DATED this 7th day of December, 2023.

**SGRO & ROGER**

| | |
|---|---|
| */s/ Joshua D. Judd* | */s/ Lorena Garcia-Bautista* |
| ANTHONY P. SGRO, ESQ. | LORENA GARCIA-BAUTISTA, ESQ. |
| Nevada Bar No. 3811 | SBN 234091 |
| JOSHUA D. JUDD, ESQ. | ANNA Y. PARK, ESQ. |
| Nevada Bar No. 14890 | SBN 164242 |
| JAYME N. MARTINEZ, ESQ. | NAKKISA AKHAVAN |
| Nevada Bar No. 15802 | SBN 286260 |
| **SGRO & ROGER** | TAYLOR MARKEY |
| 2901 El Camino Avenue, Ste. 204 | SBN 319557 |
| Las Vegas, NV 89102 | **U.S. EQUAL EMPLOYMENT** |
| Telephone: (702)-384-9800 | **OPPORTUNITY COMMISSION** |
| Facsimile: (702) 665-4120 | 255 E. Temple St., Fourth Floor |
| tsgro@sgroandroger.com | Los Angeles, CA 90012 |
| jjudd@sgroandroger.com | Telephone: (213) 785-3080 |
| jmartinez@sgroandroger.com | Facsimile: (213) 894-1301 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JOSHUA D. JUDD, ESQ.
Nevada Bar No. 14890
JAYME N. MARTINEZ, ESQ.
Nevada Bar No. 15802
**SGRO & ROGER**
2901 El Camino Avenue, Ste. 204
Las Vegas, NV 89102
Telephone: (702)-384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
jjudd@sgroandroger.com
jmartinez@sgroandroger.com

*Attorneys for Defendants Mariscos El Puerto, Inc. and La Catrina, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 2:23-cv-01309-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| MARISCOS EL PUERTO, INC.; LA CATRINA, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of the parties, and good cause appearing therefor:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-4-

IT IS HEREBY ORDERED that the deadline for Defendants to file a responsive pleading in the above-captioned matter shall be extended to **January 12, 2024**.

IT IS SO ORDERED.

Dated:  December 8, 2023

_____
UNITED STATES MAGISTRATE JUDGE