# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARISCOS EL PUERTO, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01309-APG-NJK<br><br>**Order** |

It has come to the Court's attention that the instant case has not been assigned to the Early Neutral Evaluation Program.  *See* Docket.  Having reviewed the complaint, the Court finds that the matter should be assigned to that program.  Accordingly, the Clerk's Office is **INSTRUCTED** to assign this case to the Early Neutral Evaluation Program.  In light of the related case, *see U.S. Equal Employment Opportunity Commission v. Mariscos el Puerto, Inc., et al.*, 2:23-cv-01310-JCM-NJK, the Court further **INSTRUCTS** the Clerk's Office to assign Magistrate Judge Daniel J. Albregts as the evaluating judge in this case.

IT IS SO ORDERED.

Dated: December 20, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1