Anna Y. Park, CA SBN 164242
Nakkisa Akhavan, CA SBN 286260
Taylor Markey, CA SBN 319557
Lorena Garcia-Bautista, CA SBN 234091
Dayana R. Pelayo, CA SBN 308705
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Oscar Peralta, NV SBN 13559
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101
Telephone: (702) 553-4457
E-mail: oscar.peralta@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARISCOS EL PUERTO, INC., LA CATRINA, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01309-JCM-NJK<br><br>**STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION DEADLINE AND TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION** |

IT IS HEREBY STIPULATED AND AGREED, by the U.S. EQUAL OPPORTUNITY COMMISSION ("EEOC"), by and through its counsel of record, LORENA GARCIA-BAUTISTA, ESQ., and MARISCOS EL PUERTO, INC. and LA CATRINA, LLC (collectively, "Defendants"), by and through their counsel of record, JOSHUA D. JUDD, ESQ., to continue the Early Neutral Evaluation deadline and to reschedule the Early Neutral Evaluation scheduled for April 4, 2024.

This Stipulation is based upon the following:

1. On December 20, 2023, this Court found that this action should be assigned to the Early Neutral Evaluation ("ENE") Program. (ECF No. 17). As such, the Court assigned Magistrate Judge Daniel J. Albregts as the evaluating judge in this case.

2. On December 29, 2023, this Court held that the deadline to hold the Early Neutral Evaluation session and the evaluating judge in this matter shall be the same as those in Case No. 2:23-cv-01310-JCM-NJK. (ECF No. 19).

3. On February 4, 2024, Magistrate Judge Daniel J. Albregts scheduled the ENE for April 4, 2024, and ordered an attorney of record who will be participating in the trial of this case must be present. (ECF No. 23).

4. Plaintiff EEOC has a scheduling conflict for the week of the scheduled ENE session, including EEOC's lead counsel, Lorena Garcia-Bautista, who will be participating in the trial of this case, but is not available to be present at the scheduled ENE on April 4, 2024 since she will be on annual leave the first week of April 2024.

5. The Parties met and conferred, and Defendant's counsel does not have any objection to rescheduling the ENE to late April.

6. Furthermore, the Parties await the Court's ruling on Defendant's Motion to Dismiss filed on January 12, 2024 (ECF. 20) and would be better positioned to participate in the ENE after such ruling is issued.

7. Due to Plaintiff's scheduling conflict and the pending Motion to Dismiss, the parties are seeking an extension of the ENE by three weeks.

8. The Parties are available on the following dates: April 24, April 25, April 26, April 29, and/or April 30, 2024.

9. This additional time requested herein is not sought for the purposes of delay.

Dated this 15th day of February 2024.

| | |
|---|---|
| /s/ Lorena Garcia-Bautista | /s/ Joshua D. Judd |
| LORENA GARCIA-BAUTISTA, ESQ. | ANTHONY P. SGRO, ESQ. |
| SBN 234091 | Nevada Bar No. 3811 |
| ANNA Y. PARK, ESQ. | JOSHUA D. JUDD, ESQ. |
| SBN 164242 | Nevada Bar No. 14890 |
| NAKKISA AKHAVAN | JAYME N. MARTINEZ, ESQ. |
| SBN 286260 | Nevada Bar No. 15802 |
| TAYLOR MARKEY | **SGRO & ROGER** |
| SBN 319557 | 2901 El Camino Avenue, Ste. 204 |
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | Las Vegas, NV 89102 |
| 255 E. Temple St., Fourth Floor | Telephone: (702)-384-9800 |
| Los Angeles, CA 90012 | Facsimile: (702) 665-4120 |
| Telephone: (213) 785-3080 | |
| Facsimile: (213) 894-1301 | Attorneys for Defendants |
| Attorneys for Plaintiff | |

Attestation: The Filer (signatory listed above on behalf of Plaintiff U.S. Equal Employment Opportunity Commission) hereby attests that the other signatory listed above, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARISCOS EL PUERTO, INC., LA CATRINA, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01309-JCM-NJK<br><br>**ORDER REGARDING THE STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION DEADLINE AND TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION** |

Based on the Stipulation of the parties, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation scheduled for April 4, 2024 is VACATED and **RESET** to **Monday, April 29, 2024** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the confidential evaluation statements must be submitted by 4:00 p.m. on Monday, April 22, 2024.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 23) remain in effect.

**IT IS SO ORDERED.**

DATED:  February 21, 2024

_____
Daniel J. Albregts
UNITED STATES MAGISTRATE JUDGE