# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff(s),

v.

MARISCOS EL PUERTO, INC., et al.,

    Defendant(s).

Case No. 2:23-cv-01309-JCM-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties must file a joint discovery plan by March 8, 2024.

    IT IS SO ORDERED.

    Dated: March 1, 2024

                                                  Nancy J. Koppe
                                                United States Magistrate Judge