Anna Y. Park, CA SBN 164242
Nakkisa Akhavan, CA SBN 286260
Lorena Garcia-Bautista, CA SBN 234091
Dayana R. Pelayo, CA SBN 308705
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Oscar Peralta, NV SBN 13559
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101
Telephone: (702) 553-4457
E-mail: oscar.peralta@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARISCOS EL PUERTO, INC., LA CATRINA, LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01309-JCM-NJK<br><br>**PLAINTIFF EEOC'S MOTION TO REMOVE ANDREA RINGER AS ATTORNEY OF RECORD** |

-1-

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") moves this Court for an Order granting its Motion to Remove Andrea Ringer as Attorney of Record in this matter.

Ms. Ringer is no longer employed by the EEOC as of October 18, 2024. Accordingly, Ms. Ringer should be removed from the list of counsel for the EEOC and from the electronic service system for this matter. EEOC attorneys Anna Y. Park, Nakkisa Akhavan, Lorena Garcia-Bautista, Dayana Pelayo, and Oscar Peralta remain as attorneys of record for Plaintiff EEOC.

Dated: September 3, 2025

Respectfully Submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: */s/ Nakkisa Akhavan*
Nakkisa Akhavan
Attorney for Plaintiff U.S. EEOC

IT IS SO ORDERED.
Dated: September 4, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge