1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARISCOS EL PUERTO, INC, LA CATRINA, LLC; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:23-cv-01309-ART-NJK<br><br>**ORDER GRANTING**<br>**Motion to Stay (ECF No. 70)**<br><br>Hon. Anne R. Traum<br>United States District Court Judge |

**ORDER**

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on September 30, 2025, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and the deadline for the EEOC and Defendants to file the proposed Consent Decree or status report will be extended for the same number of days as the EEOC's lapse in funding.

Date: October 2, 2025

Hon. Anne R. Traum
United States District Court Judge