# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission,<br><br>    Plaintiff(s),<br><br>v.<br><br>Mariscos El Puerto, Inc., et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01309-ART-NJK<br><br>**Order**<br><br>[Docket No. 62] |

Pending before the Court is the EEOC's motion to reopen discovery. Docket No. 62. Given the lapse in appropriations, this case is currently stayed. Docket No. 71. Accordingly, the Court **DENIES** without prejudice the motion to reopen discovery. Once the stay is lifted, the EEOC may promptly file a request for ruling on the motion to reopen discovery as previously briefed or, if amendment is warranted given the lapse in time, the EEOC may promptly file an amended motion to reopen discovery.

IT IS SO ORDERED.

Dated: October 22, 2025

                                                                                  Nancy J. Koppe<br>
                                                                                  United States Magistrate Judge