Anna Y. Park, CA SBN 164242
Lorena Garcia-Bautista, CA SBN 234091
Derek Li, CA SBN 150122
Dayana R. Pelayo, SBN 308705
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 785-3080
Facsimile:  (213) 894-1301
E-mail:  lado.legal@eeoc.gov

Deborah A. Mann, NV SBN 3763
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101
Telephone: (702) 553-4464
E-mail:  deborah.mann@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*[Additional Counsel on Next Page]*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MARISCOS EL PUERTO, INC., LA CATRINA, LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-01309-ART-NJK <br><br> **PLAINTIFF EEOC'S MOTION TO REMOVE ANNA Y. PARK AS ATTORNEY OF RECORD** |

-1-

-2-

Sophie Tarazi, CA SBN 329721
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
550 West C Street, Suite 750
San Diego, CA 92101
Telephone: (213) 785-1614

Attorney for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") moves this Court for an Order granting its motion to remove Anna Y. Park as attorney of record in this matter.

Ms. Park is withdrawing as attorney of record in this matter. Accordingly, Ms. Park should be removed from the list of counsel for the EEOC and from the electronic service system for this matter. EEOC attorneys Lorena Garcia-Bautista, Derek Li, Deborah A. Mann, Sophie Tarazi, and Dayana Pelayo remain as attorneys of record for Plaintiff EEOC.

Dated: January 22, 2026                    Respectfully Submitted,

                                           U.S. EQUAL EMPLOYMENT
                                           OPPORTUNITY COMMISSION

                                    By:    /s/ Anna Y. Park
                                           Anna Y. Park, Regional Attorney
                                           Plaintiff U.S. EEOC

IT IS SO ORDERED.
Dated:  January 23, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

-3-