# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission, | Case No. 2:23-cv-01309-ART-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| Mariscos El Puerto, Inc., et al., | |
| Defendant(s). | |

On April 28, 2026, the Court held a settlement conference that included *ex parte* communications that may bear on matters pending before the Court.  With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action.  The briefing deadlines and hearing set in Docket No. 108 are **VACATED**.  The Clerk's Office is **INSTRUCTED** to randomly reassign the magistrate judge on this case for all further proceedings.

IT IS SO ORDERED.

Dated: May 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1